1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9    Armen KIRAKOSIAN and                No. C 07 5440
     Rita NICHIPORUK
10           Plaintiff(s),               CONSENT TO PROCEED BEFORE A
                                         UNITED STATES MAGISTRATE JUDGE
11      v.
12
13           Defendant(s).
                                    /
14   _____

15   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21   Dated: 11/5/57        _____
                                        Signature
22
                           Counsel for Armen Kirakosian and Rita
23                         (Plaintiff, Defendant or indicate "pro se") Nichiporuk
24
25
26
27
28