SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMEN KIRAKOSIAN and<br>RITA NICHIPORUK,<br><br>          Plaintiffs,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, CIS;<br>DONALD NEUFELD, CSC Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigation,<br><br>          Defendants. | No. C 07-5440 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The Defendants hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Date: November 6, 2007          Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney


                                      _____/s/_____
                                      ILA C. DEISS
                                      Assistant United States Attorney
                                      Attorneys for Defendants