UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Armen Kirakosian, et al.,                                    No. C07-3912 BZ

                    Plaintiff(s).

        v.                                                   NOTICE OF IMPENDING
                                                             REASSIGNMENT TO A UNITED
                                                             STATES DISTRICT COURT JUDGE

Michael Chertoff, Secretary, et al.,

                    Defendant(s).
_____/

        The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

        (1)    One or more of the parties has requested reassignment to a United States

District Judge or has not consented to the jurisdiction of a United States Magistrate Judge,

or,

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a

temporary restraining order) that a United States Magistrate Judge may not take without the

consent of all parties, the necessary consents have not been secured, and time is of the

essence.

        The Case Management Conference set for **March 3, 2008** at **4:00 p.m.** is hereby

**VACATED**.

Dated:  November 8, 2007

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        *Lashanda Scott*
                                        _____
                                        By: Lashanda Scott - Deputy Clerk to
                                        Magistrate Judge Bernard Zimmerman

reassign.DCT