1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12 | ARMEN KIRAKOSIAN and RITA NICHIPORUK, | ) | No. C 07-5440 CW |

ARMEN KIRAKOSIAN and                )
RITA NICHIPORUK,                    )    No. C 07-5440 CW
                                    )
        Plaintiffs,                 )
                                    )    **ANSWER**
        v.                          )
                                    )
MICHAEL CHERTOFF, Secretary;        )
EMILIO T. GONZALEZ, Director, CIS;  )
DONALD NEUFELD, CSC Director,       )
Department of Homeland Security;    )
ROBERT S. MUELLER, Director,        )
Federal Bureau of Investigation,    )
                                    )
        Defendants.                 )
_____ )

Defendants hereby submit their answer to Plaintiffs' Complaint for Writ in the Nature of Mandamus.

1. Paragraph One consists of Plaintiffs' characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiffs' application to their detriment.

                            **PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

ANSWER
C07-5440 CW                        1

1    5.  Defendants admit the allegations in Paragraph Five.

2    6.  Defendants admit the allegations in Paragraph Six with the exception that Plaintiffs' files

3    were transferred to the Nebraska Service Center on March 2, 2007.

4    7.  Defendants admit the allegations in Paragraph Seven.

5                                   **JURISDICTION**

6    8.  Paragraph Eight consists of Plaintiffs' allegation regarding jurisdiction, to which no

7    responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

8    Defendants deny the allegations in this paragraph.

9                             **INTRADISTRICT ASSIGNMENT**

10   9.  Paragraph Nine consists of Plaintiffs' allegations regarding intradistrict assignment, to

11   which no responsive pleading is required.

12                                      **VENUE**

13   10.  Paragraph Ten consists of Plaintiffs' allegations regarding venue, to which no responsive

14   pleading is required; however, to the extent a responsive pleading is deemed necessary,

15   Defendants deny the allegations in this paragraph.

16                             **EXHAUSTION OF REMEDIES**

17   11.  Defendants deny the allegations in Paragraph Eleven.

18                                 **CAUSE OF ACTION**

19   12.  Defendants admit the allegations in Paragraph Twelve.

20   13.  Defendants admit the allegations in Paragraph Thirteen.

21   14.  Defendants are without sufficient information to admit or deny the allegations in

22   Paragraph Fourteen.

23   15.  Defendants are without sufficient information to admit or deny the allegations in

24   Paragraph Fifteen.

25   16.  Defendants admit the allegations in Paragraph Sixteen.

26   17.  Defendants admit the allegations in Paragraph Seventeen.

27   18.  Defendants are without sufficient information to admit or deny the allegations in

28   Paragraph Eighteen.

ANSWER
C07-5440 CW                              2

19.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22.  Defendants admit the allegations in Paragraph Twenty-Two.

23.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

24.  Defendants admit the allegations in Paragraph Twenty-Four.

25.  Defendants admit the allegations in Paragraph Twenty-Five.

26.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Six.

27.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Seven.

28.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Eight.

29.  Defendants admit the allegations in Paragraph Twenty-Nine.

30.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirty.

31.  Defendants admit the allegations in Paragraph Thirty-One.

32.  Defendants deny the allegations in Paragraph Thirty-Two.

33.  Defendants deny the allegations in Paragraph Thirty-Three.

34.  Defendants admit the first sentence in Paragraph Thirty-Four; however, Defendants are without sufficient information to admit or deny the remaining allegations.

35.  Defendants deny the allegations in Paragraph Thirty-Five.

36.  Defendants deny the allegations in Paragraph Thirty-Six.

(a)  Defendants are without sufficient information to admit or deny the allegations in

ANSWER
C07-5440 CW                                                3

1  Paragraph Thirty-Six subsection a.

2      (b) Defendants admit the allegations in Paragraph Thirty-Six subsection b; however,

3  Defendants deny there has been any harassment of Plaintiffs.

4      (c)  Defendants are without sufficient information to admit or deny the allegations in

5  Paragraph Thirty-Six subsection c.

6  37.  Defendants are without sufficient information to admit or deny the allegations in

7  Paragraph Thirty-Seven.

8  **PRAYER**

9  38.  Paragraph Thirty-Eight consists of Plaintiffs' prayer for relief, to which no admission or

10  denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny

11  these paragraphs.

12  FIRST AFFIRMATIVE DEFENSE

13  The court lacks jurisdiction over the subject matter of this action.

14  SECOND AFFIRMATIVE DEFENSE

15  The Complaint fails to state a claim against the Defendants upon which relief can be granted.

16  THIRD AFFIRMATIVE DEFENSE

17  No acts or omissions by the United States or its employees were the proximate cause of any

18  injury or damages to the Plaintiffs.

19  FOURTH AFFIRMATIVE DEFENSE

20  At all times alleged in the complaint, Defendants were acting with good faith, with

21  justification, and pursuant to authority.

22  FIFTH AFFIRMATIVE DEFENSE

23  Defendants are processing the applications referred to in the Complaint to the extent possible

24  at this time.  Accordingly, no relief as prayed for is warranted.

25  SIXTH AFFIRMATIVE DEFENSE

26  Defendants' delay is not unreasonable as a matter of law.

27  ///

28

ANSWER
C07-5440 CW                          4

1    WHEREFORE, Defendants pray for relief as follows:

2    That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs'

3   Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief

4   as it deems just and proper under the circumstances.

5   Dated: January 4, 2008                          Respectfully submitted,

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
7

8                                                    _____/s/_____
                                                     ILA C. DEISS
9                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28