IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMEN KIRAKOSIAN, et al.,

    Plaintiffs,

  v.

MICHAEL CHERTOFF, et al.,

    Defendant.

                               /

No. C 07-05440 CW

ORDER SETTING BRIEFING SCHEDULE

    On October 24, 2007, Plaintiffs filed a Complaint for Writ in the Nature of Mandamus.  On January 4, 2008, Defendants filed an answer to the complaint.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs shall file a Motion for Summary Judgment by January 24, 2008.  Defendants' opposition to the motion and any cross motion (contained within a single brief) will be due February 7, 2008.  Plaintiffs' reply and opposition to the cross motion (contained within a single brief) will be due February 14, 2008, and any surreply by Defendants will be due February 21, 2008.  A hearing will be on March 6, 2008, at 2:00 p.m.

Dated  1/7/08

CLAUDIA WILKEN
United States District Judge