Edward R. Litwin SB#: 57635
Christina H. Lee SB#:  230883
Litwin & Associates, A Law Corporation
1435 Huntington Ave., Suite 336
South San Francisco, CA  94080
(650) 588-7100 (t) (650) 588-4302 (f)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMEN KIRAKOSIAN and RITA NICHIPORUK<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary<br>EMILIO T. GONZALEZ, Director, CIS<br>DONALD NEUFELD, CSC Director<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director<br>Federal Bureau of Investigations;<br><br>    Defendants. | No. C 07-05440 CW<br><br>Declaration of Christina H. Lee in Support of Writ in the Nature of Mandamus |

### DECLARATION OF CHRISTINA H. LEE

I, Christina H. Lee, hereby declare the following:

1.     I am an Associate Attorney at Litwin & Associates, 1435 Huntington Ave, Suite 336, South San Francisco, California 94080.  Litwin & Associates have represented Plaintiffs Armen Kirakosian and Rita Nichiporuk on their immigration matters since September 2007.  We have personal knowledge of certain documents, and based on my information and belief I make this declaration in support of Plaintiffs' Petition for Writ of Mandamus.  Unless otherwise stated, we received copies of the documents described from Mr. Kirakosian and Ms. Nichiporuk, in connection with our firm's representation of Mr. Kirakosian and Ms. Nichiporuk's immigration matters.

2.     On February 12, 2004, Mr. Kirakosian filed an I-140 petition under the category of

Decl. of Christina H. Lee                                    1                                    C 07-05440 CW

1  "Advanced degree or exceptional ability requesting a National Interest Waiver." The I-140 petition was
2  approved on March 4, 2005. A copy of the I-140 Approval Notice is attached as Exhibit A.
3      3.    On April 11, 2005, Plaintiffs and their son Nikolay Nichiporuk filed for their lawful
4  permanent resident status with the California Service Center. A copy of the I-485 Receipt Notices are
5  attached as Exhibit B.
6      4.    On April 22, 2005, the USCIS sent the Plaintiffs biometrics appointment notices for May
7  6, 2005 at 11:00 a.m. On May 6, 2005, Petitioners completed their biometrics at USCIS in Oakland,
8  California. A copy of the Fingerprint Notices and proof that the Plaintiffs attended their appointment
9  are attached as Exhibit C.
10     5.    On January 6, 2006, Plaintiff Kirakosian contacted the USCIS regarding the pending I-
11 485 applications. On February 10, 2006, the USCIS responded to Plaintiff Kirakosian stating that the
12 processing of I-485 cases have been delayed, and that a check of their records establishes that the
13 principal applicant's case is not yet ready for a decision as the required background check remained
14 open. A copy of this response is attached as Exhibit D.
15     6.    On April 7, 2006, the USCIS granted lawful permanent resident status to the Plaintiffs'
16 son, Nikolay Nichiporuk. A copy of this approval is attached as Exhibit E.
17     7.    On April 21, 2006, the USCIS sent Plaintiff Nichiporuk a letter to confirm her address.
18 A copy of this letter is attached as Exhibit F.
19     8.    On September 15, 2006, Plaintiff Kirakosian contacted the USCIS to inquire about the
20 status of his and his wife's I-485 application. On October 25, 2006, the USCIS sent a response to
21 Plaintiff Kirakosian stating that the processing of the case has been delayed as the required background
22 check remained open. A copy of this response is attached as Exhibit G.
23     9.    On March 1, 2007, Plaintiff Kirakosian sent a letter to U.S. Congresswoman Ellen O.
24 Tauscher requesting her assistance on his immigration case. On March 2, 2007, Congresswoman
25 Tauscher sent Plaintiff Kirakosian a response letter indicating that her office forwarded his letter to the
26 Congressional Liaison at the USCIS California Service Center. A copy of Plaintiff Kirakosian's letter
27 and Congresswoman Tauscher's response is attached as Exhibit H.
28     10.    On March 7, 2007, the USCIS sent transfer notices to the Plaintiffs explaining that their

Decl. of Christina H. Lee     2     C 07-05440 CW

I-485 applications were transferred from the California Service Center to the Nebraska Service Center to speed up processing. A copy of this transfer notice is attached as Exhibit I.

11. On March 22, 2007, the USCIS sent another transfer notice to the Plaintiffs explaining that their I-485 cases were transferred from the Nebraska Service Center back to the California Service Center to speed up processing. A copy of this transfer notice is attached as Exhibit J.

12. On March 27, 2007, the USCIS sent the Plaintiffs biometric appointment notices for April 10, 2007 at 1:00 p.m. On April 10, 2007, the Plaintiffs completed their biometrics at the USCIS in Oakland. A copy of the Fingerprint Notices and proof that the Plaintiffs attended their appointment are attached as Exhibit K.

13. On August 5, 2007, the Plaintiffs contacted the USCIS again regarding their pending applications. On September 7, 2007, the USCIS sent a letter to the Plaintiffs stating that the processing of their case has been delayed "as the required investigation into your background remains open." A copy of this response is attached as Exhibit L.

14. On September 16, 2007, an on-line Case Status Search indicated that Plaintiffs' cases were pending at the office to which it was transferred. A copy of this Case Status Search is attached as Exhibit M.

15. On September 25, 2007, I went on the American Immigration Lawyer's Association website and printed out a USCIS Interoffice Memorandum dated December 2006 regarding FBI Name Checks Policy and Process Clarification for Domestic Operations. Among other things, this memorandum states that the USCIS can direct the FBI to expedite the name check process. A copy of this memorandum is attached as Exhibit N (See p. 5).

I declare under the penalty of perjury that the above information is true and correct and to the beset of my knowledge. Executed this __24th__ day of January, 2008, at __South San Francisco, California__.

_____/s/_____
Christina H. Lee

Decl. of Christina H. Lee                    3                    C 07-05440 CW