EXHIBIT A

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-090-50837 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| RECEIPT DATE February 12, 2004 | PRIORITY DATE February 11, 2004 | PETITIONER KIRAKOSIAN, ARMEN | |
| NOTICE DATE March 4, 2005 | PAGE 1 of 1 | BENEFICIARY KIRAKOSIAN, ARMEN | |

RICHARD I. FLEISCHER
RICHARD I FLEISCHER ESQ
RE: ARMEN KIRAKOSIAN
917 MAIN ST
CINCINNATI OH 45202-1314

**Notice Type:** Approval Notice
**Section:** Indiv w/Adv Deg or Exceptional
Ability in the National
Interest

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-05-136-50586 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE April 11, 2005 | PRIORITY DATE | APPLICANT A72 225 112 KIRAKOSIAN, ARMEN |
| NOTICE DATE April 14, 2005 | PAGE 1 of 1 | |

RICHARD I. FLEISCHER
RICHARD I FLEISCHER ESQ
RE: ARMEN KIRAKOSIAN
917 MAIN ST
CINCINNATI OH 45202-1314

**Notice Type:** Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel <http://www.state.gov/travel>** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485  APPLICATION TO ADJUST TO PERMANENT |
| WAC-05-136-50809 | | | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT | A97 358 852 |
| April 11, 2005 | | | NICHIPORUK, RITA |

| NOTICE DATE | PAGE | |
| April 14, 2005 | 1 of 1 | |

RICHARD I. FLEISCHER
RICHARD I FLEISCHER ESQ
RE: RITA NICHIPORUK
917 MAIN ST
CINCINNATI OH 45202-1314

Notice Type:   Receipt Notice

Amount received: $  385.00

Section: Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov.**
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-05-136-51117 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A98 459 932 |
| April 11, 2005 | | NICHIPORUK, NIKOLAY |
| NOTICE DATE | PAGE | |
| April 14, 2005 | 1 of 1 | |

| | |
|---|---|
| RICHARD I. FLEISCHER<br>RICHARD I FLEISCHER ESQ<br>RE: NIKOLAY NICHIPORUK<br>917 MAIN ST<br>CINCINNATI OH 45202-1314 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 215.00<br><br>Section: Derivative adjustment |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



EXHIBIT C

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
| --- | --- |
| | 04/22/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
| --- | --- | --- |
| I485  Application to Register Permanent Resident or Adjust Status | | A072225112 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| WAC0513650586 | 3 | WSC | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ARMEN KIRAKOSIAN

c/o RICHARD  FLEISCHER

RICHARD I FLEISCHER ESQ

917 MAIN STREET

CINCINNATI, OH 45202

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS OAKLAND | 05/06/2005 |
| 2040 TELEGRAPH AVE. | 11:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE  AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**

2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS OAKLAND

2040 TELEGRAPH AVE.

OAKLAND, CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

**APPLICATION NUMBER**

WAC0513650586

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

## THE UNITED STATES OF AMERICA

### Fingerprint Notification

| | | NOTICE DATE |
|---|---|---|
| | | 04/22/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | A097358852 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0513650809 | 3 | WSC | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

RITA NICHIPORUK

c/o RICHARD   FLEISCHER

RICHARD I FLEISCHER ESQ

917 MAIN STREET

CINCINNATI, OH 45202

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND | 05/06/2005 |
| 2040 TELEGRAPH AVE. | 11:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon      ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS OAKLAND

2040 TELEGRAPH AVE.

OAKLAND, CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICANT COPY**

**APPLICATION NUMBER**
WAC0513650809

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
| --- | --- |
| | 04/22/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
| --- | --- | --- |
| I485 Application to Register Permanent Resident or Adjust Status | | A098459932 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| --- | --- | --- | --- |
| WAC0513651117 | 2 | WSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

NIKOLAY NICHIPORUK
c/o RICHARD  FLEISCHER
RICHARD I FLEISCHER ESQ
917 MAIN STREET
CINCINNATI, OH 45202

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
| --- | --- |
| USCIS OAKLAND | 05/06/2005 |
| 2040 TELEGRAPH AVE. | 11:00 AM |
| OAKLAND, CA 94612 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and

2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICANT COPY**

APPLICATION NUMBER
WAC0513651117

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

EXHIBIT D



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship
and Immigration
Services**

Friday, February 10, 2006

ARMEN KIRAKOSIAN
140 SHARENE LN
APT 8
WALNUT CREEK CA 94596

Dear ARMEN KIRAKOSIAN:

On 01/06/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/11/2005 |
| **Receipt #:** | WAC-05-136-50586 |
| **Beneficiary (if you filed for someone else):** | KIRAKOSIAN, ARMEN |
| **Your USCIS Account Number (A-number):** | A072225112 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

Your inquiry indicates a non-delivery item. However, none of the referenced cases show that any item was returned as undeliverable mail.

The processing of these cases have been delayed. A check of our records establishes that the principal applicant's case is not yet ready for decision, as the required investigation into his/her background remains open.

Until the background investigation is completed, we cannot move forward on these cases. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note. When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

EXHIBIT E

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-136-51117 | | RESIDENT STATUS |
| **RECEIPT DATE** | **PRIORITY DATE** | **APPLICANT** A98 459 932 |
| April 14, 2005 | February 11, 2004 | NICHIPORUK, NIKOLAY |
| **NOTICE DATE** | **PAGE** | |
| April 7, 2006 | 1 of 1 | |

NIKOLAY NICHIPORUK
140 SHARENE LN 8
WALNUT CREEK CA 94596

**Notice Type:** Approval Notice
Section: Derivative adjustment
COA: E28

The above application has been approved. Prior to receiving your permanent resident card you may be required to report for biometrics processing (photo/fingerprint/signature). Please do not take any action at this time. If you are required to report for this processing, you will receive another notice advising you of the date, time and location to appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing within 90 days, please call this office at the number listed below.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



EXHIBIT F



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

## U.S. Citizenship and Immigration Services

Friday, April 21, 2006

RITA MICHIPORUK
140 SHARENE LN
APT 8
WALNUT CREEK CA 94596

Dear RITA MICHIPORUK:

On 04/13/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/11/2005 |
| **Receipt #:** | WAC-05-136-50809 |
| **Beneficiary (if you filed for someone else):** | MICHIPORUK, RITA |
| **Your USCIS Account Number (A-number):** | A97358852 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

Your current addres is as same as one we have in the file.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT G

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Wednesday, October 25, 2006

ARMEN KIRAKOSIAN
140 SHARENE LANE
APT 8
WALNUT CREEK CA 94596

Dear ARMEN KIRAKOSIAN:

On 09/15/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/14/2005 |
| **Receipt #:** | wac-05-136-50586 |
| **Beneficiary (if you filed for someone else):** | KIRAKOSIAN, ARMEN |
| **Your USCIS Account Number (A-number):** | A072225112 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT H

March 1, 2007

Dear Rep. Tauscher:

Let me first give a few facts about myself:

My name is Armen Kirakosian. I came to the U.S. in December of 1992 at the age of 20 as a F1 foreign student. I received my B.Sc. in Physics in 1995 from the California State University in Los Angeles. Later I continued my studies in physics at the University of Wisconsin – Madison, from which I received a Ph.D. degree in 2003. In April of 2003 I moved back to California and settled in Walnut Creek, where I am still residing with my wife and two sons, one of whom was born in the United States. Since I came to the U.S. over 14 years ago I've always been a law abiding resident, paid taxes, and adopted many American cultural values.

Currently, I am a physicist post-doctoral fellow employed by the Materials Sciences Division of the Lawrence Berkeley National Laboratory (LBNL). I am working under the supervision of Professor Michael F. Crommie at the Physics Department of the University of California at Berkeley. My current research focuses on the development of nanotechnology based devices, namely, molecular machines, which allow radical applications in chemical, photo- and bio-sensing, computation, and power generation. These technologies will play pivotal roles in manufacturing, communication, healthcare, national security, and other key sectors of the US economy in the near future. My research is funded by the United States Department of Energy (DOE) and the National Science Foundation (NSF).

In February of 2004 I filed a petition (form I-140) for the U.S. permanent residency under "Advanced degree or exceptional ability requesting a National Interest Waiver" category. In March of 2005 my petition was approved (approval notice copy attached) by the USCIS and in April of 2005 I filed a petition (form I-485, receipt notice copy attached) to adjust to permanent resident status. According to the USCIS website processing date for the cases under this category is August 21, 2006, which is almost **16 months past the receipt date of my application** (April. 14, 2005). I the past year I have contacted the USCIS National Customer Service Center a few times. Each time USCIS launched an inquiry into my case to find out its status, and each time I received reply letters stating that my case is undergoing an FBI background check (so called 'name check') and nothing could be done on the USCIS part to expedite my case at that point.

Meanwhile, a few weeks ago I had successfully interviewed with one of the Silicon Valley Semiconductor companies, who were willing to make me a job offer, but were unable to do so due to my immigration status. Even though I hold valid USCIS issued employment authorization cards (photocopies attached), the company would've been required to obtain an Export License (copy of company's Export Control Questionnaire attached) for me because I do not hold a Permanent Resident card and I am a citizen of a so called 'restricted' country (Russia). The process of obtaining the Export License is

also a subject to a lengthy background check (over 1 year long), and the company could not afford waiting for more than a couple of months. In short, my employment at the company became impossible. In addition, I also learnt that due to my lack of permanent residency status I cannot be employed at almost any high tech company that may be interested in hiring a person of my background. Since my current employment contract with the LBNL expires this summer, **lack of permanent residency status creates severe financial difficulties for my family**. In addition, the unreasonably long FBI background checks hurt the interests of the U.S. high tech companies that are unable to hire most qualified scientists and engineers.

In view of the above, I kindly ask for your help in resolving my case, either with the USCIS or FBI.

Thank you very much,

Armen Kirakosian

140 Sharene Lane, Apt. # 8
Walnut Creek, CA 94596
phones : (925) 947-0514 (home)
         (925) 457-9947 (cel.)
         (510) 642-6882 (work)
e-mail: akirakosian@lbl.gov

ELLEN O. TAUSCHER
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON TERRORISM
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0510

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225-1880
FAX (202) 225-5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932-8899
FAX (925) 932-8159

2000 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 438-7792
FAX (707) 438-0523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757-7187
FAX (925) 757-7056

Web Address: www.house.gov/tauscher

March 2, 2007

Mr. Armen Kirakosian
140 Sharene Ln, Apartment 8
Walnut Creek, CA 94596-8506

Dear Mr/ Kirakosian:

Enclosed please find a copy of the letter I sent to the USCIS office in Laguna Niguel on your behalf. Generally, an agency is afforded 60 days to respond to my inquiry and you will be notified immediately when I receive their response.

If you have any questions in the interim, please feel free to contact Karen Tedford in my Walnut Creek District office at (925) 932-8899.

(707) 428-7792

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt
Encl.

ELLEN O. TAUSCHER
10TH DISTRICT, CALIFORNIA

COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
SUBCOMMITTEE ON AVIATION
SUBCOMMITTEE ON
HIGHWAYS, TRANSIT AND PIPELINES
SUBCOMMITTEE ON
WATER, RESOURCES AND THE ENVIRONMENT

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON TERRORISM
SUBCOMMITTEE ON PROJECTION FORCES
SUBCOMMITTEE ON STRATEGIC FORCES

1034 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TELEPHONE (202) 225-1880
FAX (202) 225-5914

2121 NORTH CALIFORNIA BOULEVARD
SUITE 555
WALNUT CREEK, CA 94596
TELEPHONE (925) 932-8899
FAX (925) 932-8159

3906 CADENASSO DRIVE
SUITE A
FAIRFIELD, CA 94533
TELEPHONE (707) 428-7792
FAX (707) 438-6523

420 WEST 3RD STREET
ANTIOCH, CA 94509
TELEPHONE (925) 757-7187
FAX (925) 757-7056

Web Address: www.house.gov/tauscher

# Congress of the United States
# House of Representatives
## Washington, DC 20515–0510

March 2, 2007

Congressional Liaison
Immigration and Naturalization Service
California Service Center
PO Box 30114
Laguna Niguel, CA 92607-0114

Dear Congressional Liaison:

Enclosed please find correspondence from my constituent, Armen Kirakosian, regarding the status of his I-485.

I am forwarding this material for your review and consideration. Your assistance in responding to Mr/ Kirakosian's concerns would be greatly appreciated. Please direct any questions or comments to Karen Tedford in my Walnut Creek District office at (925) 932-8899.

Sincerely,

Ellen O. Tauscher
Member of Congress

EOT:kt

# EXHIBIT I

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-136-50809 | | CASE TYPE 1485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>April 14, 2005 | PRIORITY DATE | APPLICANT   A097 358 852<br>NICHIPORUK, RITA |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | |

RITA NICHIPORUK
140 SHARENE LN 8
WALNUT CREEK CA 94596

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-136-50586 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>April 14, 2005 | PRIORITY DATE | APPLICANT  A072 225 112<br>KIRAKOSIAN, ARMEN |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | |

ARMEN KIRAKOSIAN
140 SHARENE LN APT 8
WALNUT CREEK CA 94596

**Notice Type:  Transfer Notice**

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing.

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



EXHIBIT J

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE 1485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-136-50586 | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A072 225 112 |
| April 14, 2005 | | KIRAKOSIAN, ARMEN |
| NOTICE DATE | PAGE | |
| March 22, 2007 | 1 of 1 | |

ARMEN KIRAKOSIAN
140 SHARENE LN APT 8
WALNUT CREEK CA 94596

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

California Service Center, 2nd Flr, 24000 Avila Road, Laguna Niguel, CA 92607-0111

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-05-136-50809 | | RESIDENT STATUS |
| **RECEIPT DATE** | **PRIORITY DATE** | APPLICANT  A097 358 852 |
| April 14, 2005 | | NICHIPORUK, RITA |
| **NOTICE DATE** | **PAGE** | |
| March 22, 2007 | 1 of 1 | |

RITA NICHIPORUK
140 SHARENE LN 8
WALNUT CREEK CA 94596

**Notice Type:  Transfer Notice**

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS
office for processing:

    California Service Center, 2nd Flr, 24000 Avila Road, Laguna Niguel, CA 92607-0111

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm,**
to locate the processing dates for the specific service center that your case was transferred to.  If the service center
is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If
the service center is outside of processing time for your particular application or petition, please call Customer
Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock
does not start until the correct office receives the application or petition.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-05-136-50809 | | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A097 358 852 |
| April 14, 2005 | | NICHIPORUK, RITA |
| NOTICE DATE | PAGE | |
| March 22, 2007 | 1 of 1 | |

RITA NICHIPORUK
140 SHARENE LN 8
WALNUT CREEK CA 94596

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    California Service Center, 2nd Flr, 24000 Avila Road, Laguna Niguel, CA 92607-0111

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm,** to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



EXHIBIT K

Department of Homeland Security
U.S. Citizenship and Immigration Service
Case 4:07-cv-05440-CW     Document 11-3     Filed 01/24/2008     I-797C, Notice of Action

Page 32 of 51



**THE UNITED STATES OF AMERICA**

| **ASC Appointment Notice** | **APPLICATION NUMBER** WAC0513650586 | | **NOTICE DATE** 3/27/2007 |
|---|---|---|---|
| **CASE TYPE** I485 Application to Register Permanent Resident or Adjust Status | **SOCIAL SECURITY NUMBER** | **USCIS A#** A072225112 | **CODE** 1 |
| | **TCR** | **SERVICE CENTER** NSC | **PAGE** 1 of 1 |

ARMEN KIRAKOSIAN
140 SHARENE LN APT 8
WALNUT CREEK, CA 94596



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
04/10/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

**APPLICATION NUMBER 1**

1485     -     WAC0513650586



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



**THE UNITED STATES OF AMERICA**

## ASC Appointment Notice

| APPLICATION NUMBER | | | NOTICE DATE |
|---|---|---|---|
| WAC0513650809 | | | 3/27/2007 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
|---|---|---|---|
| 1485  Application to Register Permanent Resident or Adjust Status | | A097358852 | 1 |
| | TCR | SERVICE CENTER | PAGE |
| | | NSC | 1 of 1 |

RITA NICHIPORUK
140 SHARENE LN 8
WALNUT CREEK, CA 94596



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND, CA 94612

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
04/10/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS OAKLAND, 2040 TELEGRAPH AVE., OAKLAND, CA 94612

**APPLICATION NUMBER 1**

1485  -  WAC0513650809



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

EXHIBIT L



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

Friday, September 7, 2007

ARMEN KIRAKOSIAN
45 TAMOR CT APT 4
WALNUT CREEK CA 94586

Dear ARMEN KIRAKOSIAN:

On 08/07/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/14/2005 |
| **Receipt #:** | wac-05-136-50586 |
| **Beneficiary (if you filed for someone else):** | KIRAKOSIAN, ARMEN |
| **Your USCIS Account Number (A-number):** | A072225112 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800 375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempted from this requirement). Please visit our website promptly complete a Form AR-11 and mail it to the address shown on that form. If you do not have the form and you are concerned with the website of USCIS that can take with your new address information as online explain in the instructions. If you have already notified us of your new address information via mail or the website please call us with information you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-07-2007 02:50 PM EDT - wac-05-136-50586

SEP 2 8 2007 -9 00 AM 2171

EXHIBIT M

# Case Status Search

Receipt Number:    wac0513650809

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status:

This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS was transferred and is now pending standard processing at a USCIS office. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, please use our Change of Address online tool to update your case with your new address. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. To receive e-mail updates, follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

# Case Status Search

Receipt Number:    wac0513650586

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
ADJUST STATUS

Current Status:
This case is now pending at the office to which it was transferred.

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS
was transferred and is now pending standard processing at a USCIS office. You will be notified by
mail when a decision is made, or if the office needs something from you. If you move while this
case is pending, please use our Change of Address online tool to update your case with your new
address. We process cases in the order we receive them. You can use our processing dates to
estimate when this case will be done, counting from when USCIS received it. Follow the link
below to check processing dates. You can also receive automatic e-mail updates as we process
your case. To receive e-mail updates, follow the link below to register.

———————————————————————

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

EXHIBIT N



U.S. Department of Homeland Security
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529

**U.S. Citizenship
and Immigration
Services**

## Interoffice Memorandum

To:     Regional Directors
        Service Center Directors
        District Directors (except foreign)
        Officers in Charge (except foreign)
        National Benefit Center Director

From:   Michael L. Aytes
        Associate Director, Domestic Operations

Date:   DEC 2 1 2006

Re:     FBI Name Checks Policy and Process Clarification for Domestic Operations

### Background

Over the past few years, definitive FBI name checks (hereafter referred to as name checks) have been mandated on several form types as part of the effort to ensure that immigration benefits are provided only to those individuals who are eligible. Name checks search FBI administrative and investigative files based on the name and date of birth of the applicant. These checks have proven to be an effective tool in the identification of potential threats to our national security and in providing other relevant information that may affect the eligibility of an applicant for a benefit. This memorandum explains existing policy for domestic operations regarding name checks in order to provide all employees with a thorough understanding of this specific type of background check and of how the results affect the adjudication of applications for immigration benefits. In addition, several policy changes, which are explained in more detail later in this memorandum, are being instituted in the following areas:

1.  *Missing or Incorrect Date of Birth (DOB)* – A new name check is required for year of birth changes or discrepancies.
2.  *Validity Period* – A name check response can be used for multiple applications if the response is not more than 15 months old.
3.  *Duplicate Requests* – Only one definitive response is necessary per application or within the 15-month validity period.

www.uscis.gov

FBI Name Checks
Page 2

4. *Expedited Name Checks* – Mandamus filings will no longer be routinely expedited. The loss of Social Security benefits or other subsistence, however, continue to be a basis for routine expeditious processing.

This memorandum shall not apply to adjudications of I-589 and I-881 applications by the Asylum Division, which shall continue to be governed by the relevant sections of the Identity and Security Checks Procedures Manual. This memorandum also does not apply to adjudications of I-601 waiver applications filed overseas in conjunction with immigrant visa processing, which are subject to CLASS checks, and in some cases SAO clearances.

**General Name Check Process**

A definitive name check is required for the following form types: I-485, I-589, I-601, I-687, I-698, and N-400. Name checks for Form I-192, Application for Advance Permission to Enter as Nonimmigrant, are still required and will be performed if the form is filed with USCIS. A case may be denied, dismissed, administratively closed, withdrawn, or referred to immigration court prior to obtaining the final results of a name check, but offices may only exercise this option if they implement a post-audit system to monitor for the completion of the name check[1]. A completed name check or an initiated check is required prior to the issuance of a Notice to Appear[2]. A name check is not required for a Native American who is being accorded permanent resident status under section 289 of the Immigration and Nationality Act. Most name checks are initiated through data entry of case information into the corresponding processing system. CLAIMS 3 / CLAIMS Mainframe initiate name checks for I-485s and CLAIMS 4 initiates name checks for N-400s. Name checks for I-687s and I-698s must be initiated using a manual spreadsheet process discussed below and in attachment B. An I-601 name check will generally be completed by the associated I-485 name check. However, if an I-601 is filed independently of an adjustment application, then that name check must be initiated using the manual spreadsheet process discussed later in this memo[3]. The manual spreadsheet process may also be used to initiate name checks that were not otherwise initiated by automated systems. However, there are additional areas of the name check process that require further guidance as follows:

*Name Variations*:

Name checks are conducted using an applicant's name and date of birth, as listed on the application. Alias submissions and spelling variations do not require a separate check. Names are searched in a multitude of combinations, switching the order of the first, middle, and last names, as well as combinations of just the first and last names, first and middle names, etc (this is referred to as an 'around the clock' search). Through this process, the FBI automatically repositions the names submitted and the check will match against the primary name on record as well as any aliases.

For example, if the name submitted were Jose Garcia Rodriguez, the following names would be checked automatically:

---

[1] Refer to memorandum titled Closing of Cases with Pending Law Enforcement Checks, dated April 5, 2004.

[2] Refer to memorandum titled Security Check Requirements Preceding Notice to Appear Issuance, dated March 2, 2004

[3] Except for I-601s filed overseas in conjunction with immigrant visa applications.

FBI Name Checks
Page 3

Jose Garcia Rodriguez
Jose Rodriguez Garcia
Jose Garcia
Jose Rodriguez
Garcia Jose Rodriguez
Garcia Rodriguez Jose
Garcia Jose
Garcia Rodriguez
Rodriguez Jose Garcia
Rodriguez Garcia Jose
Rodriguez Jose
Rodriguez Garcia

The name check automatically includes a phonetic search and retrieves records with similar spelling variations (e.g. Rodriguez = Rodrigues). Due to these search methodologies, name checks shall not be resubmitted because of misspellings or use of alias names.

*Missing or Incorrect Date of Birth (DOB):*

The name check also includes an automatic variation on the DOB that is submitted. The DOB is an important primary value used by the FBI in the name check process. The check includes a search on the exact full date of birth as well as an expanded search on the year of birth. This methodology accounts for the different ways that a date of birth can be written (e.g. the day and the month may be written in different positions). Discrepancies within the day and month of birth do not warrant resubmission of a name check and a new name check should only be initiated if the year of birth is incorrect. If a new name check is required, the manual spreadsheet process must be used.

*Missing or Incorrect Place of Birth (POB):*

The POB is not used as a value in the initial stages of the name check process. The POB is used as an optional indicator or matching value in the later part of the name check process for only those cases that are returned with an initial response of "pending." See Attachment A for more information.

*Missing or Incorrect A-Number:*

Name checks are conducted using biographical information relating to the applicant. The Alien Registration Number (A-number) is not used as a variable in the FBI's process. Therefore, name checks performed with an inaccurate or missing A-number are valid and should not be resubmitted for a new check.

In instances where the FBIQUERY system reflects an inaccurate A-number, the system may be corrected by providing the following information to your respective regional office or service center point of contact:

FBI Name Checks
Page 4

Applicant Name
Correct A-number
Incorrect A-number
Synopsis of reason(s) for requesting an A-number correction

Regional offices and service centers should submit A-number correction requests via E-mail to the designated POC at Headquarters' Office of Field Operations, presently Pam Wallace.

*Age Limits:*

Names checks are required for applicants age14 years and older **at the time of adjudication** for all of the above-listed form types[4] **except** Form I-485, which has an upper age limit. CLAIMS 4 processes name check requests for applicants age 14 years and over (no upper age limit) while CLAIMS 3 submits name check requests for applicants between the ages of 14 and 80 years. The upper age limit of 80 years can be misleading in that a name check is conducted only if the applicant's 80th birthday falls on the same day that the USCIS name check utility is performed. If an applicant is 80 years and a day, a name check will not be performed. Until a CLAIMS 3 system modification to remove the upper age limit can be performed, the upper age limit of 80 years will remain in effect. For the purpose of the name check, the upper age limit of 80 years is defined as the date the applicant turns 80 years old. Further, if an applicant is less than 14 years of age at the time of filing but turns 14 years old while the application is pending, then a name check is required. If a new name check is required, the manual spreadsheet process must be used.

*Validity Period:*

A definitive (No Record "NR" or Positive Response "PR") name check response is valid indefinitely for the application for which it was conducted. If a definitive name check response is used to support other applications, the name check response is only valid for 15 months from the FBI process date. For example, an I-485 is filed on June 1, 2004 and a definitive name check response is processed for that application on December 1, 2004. The I-485 is denied on February 15, 2005, and another I-485 is filed for the same applicant on May 15, 2005. The December 1, 2004, FBI response may be used for the I-485 filed on February 15, 2005, even if another name check has been initiated. However, final adjudication or naturalization must occur within the 15-month validity period or a new name check will be required. Additional information, including a set of frequently asked questions, is included in this memorandum as Attachment A.

*Duplicate Requests:*

In many instances, duplicate name checks are initiated for a single application. The causes for multiple name check requests are primarily systems issues or resubmission requests made by local offices in an effort to facilitate a name check that is already in a "pending" status. Duplicate requests for the purpose of resolving "pending" name checks must not be initiated. Duplicate requests do not facilitate the resolution of "pending" name checks and only add to the backlog. In addition, duplicate requests for a single application result in multiple name check responses being

---

[4]Refer to Operating Instructions 105.10.

FBI Name Checks
Page 5

posted to the FBIQUERY system. Often, a final response will be received from the FBI and posted to FBIQUERY, but because duplicate requests were made there are additional "pending" responses in the system. **Only one** definitive response is necessary and adjudication may continue in those instances where a final FBI response has been processed, and is within the **15-month validity period**, even though additional "pending" responses remain unresolved for that application.

*Manual Spreadsheet Process:*

A manual spreadsheet is available to domestic offices to be used when a name check cannot be performed or was not initiated by one of the automated systems. The local offices send their spreadsheets to their respective regional offices on a weekly basis as needed. Regional offices and Service Centers forward the spreadsheets to designated points of contact in Headquarters' Office of Field Operations to initiate the name checks with the FBI. The initial response should appear in FBIQUERY within forty-five (45) days from the date of submission by the local office. See Attachment B for manual spreadsheet instructions and a sample spreadsheet.

There are several situations that may necessitate the initiation of a check outside of the normal data entry process:

1.    An applicant turns fourteen (14) years of age during the time his/her case is pending and, therefore, requires a name check to be completed.

2.    "NO DATA" response cases: If the FBIQUERY system shows "NO DATA" for a case more than ninety (90) days after the date the information was entered into CLAIMS 3 / CLAIMS Mainframe or CLAIMS 4. If a name check request was submitted through the spreadsheet process and ninety (90) days have passed without a response posted in the database, the local office should contact their regional or service center point of contact in order to verify that the name was included on the weekly report submitted to HQ. If it is verified that the name check was included on the submission to HQ, the regional or service center point of contact should report the missing name check to the HQ point of contact. If the name check cannot be verified as having been forwarded to HQ, then the local office will need to resubmit the name check request on the spreadsheet to their regional or service center point of contact.

3.    "ERROR" response cases: If FBIQUERY shows an "ERROR" response, the office with the case must resubmit the case data on the manual spreadsheet if the error has not been corrected in 30 days.

4.    Prior to issuance of an NTA if an FBI name check has not been initiated.

*Expedited Name Checks:*

Cases with significant and compelling issues can have the name check expedited. Cases that are simply "old" or the subject of a congressional inquiry *do not* qualify for an expedited name check unless one or more of the expedite criteria are met. An expedite can be requested by an office

A

FBI Name Checks
Page 6

whether the FBIQUERY system shows "NO DATA" or "PENDING." Requests must meet at least one of the following criteria for expeditious treatment:

1. Military Deployment
2. Age-out cases not covered under the provision of the Child Status Protection Act (CSPA) and applications affected by sunset provisions such as Diversity Visas (DVs)
3. Compelling reasons as provided by the requesting office (e.g. critical medical conditions)
4. Loss of Social Security benefits or other subsistence in the discretion of the District Director

NOTE: In the interest of fairness and in processing cases chronologically mandamus filings are no longer routinely treated expeditiously.

Expedite processing is done via fax to a designated headquarters point of contact. HQ will fax a response to the initiating office, which will serve as evidence that the name check was completed. The fax will be annotated with the final response from the FBI. There may be a delay of 3 weeks or more in updating the FBIQUERY system with the results of an expedited check. However, the faxed response is acceptable for adjudication purposes and should be placed with the case file. See Attachment C for additional information regarding expedited name checks. Expedite requests shall be faxed to the attention of Pam Wallace at (202)-272-1008.

*Use of the FBIQUERY System:*

The official repository for name check responses is the FBIQUERY system, located on the FBI Tracking Menu in National Systems. A user can access the name check database through the CLAIMS, RNACS, or RAPS sub-menu, or from the CIS system by pressing the 'CLEAR' button and typing 'FBIQUERY.'

Normally, a user should initiate a query in the name check database by using the alien registration number (A#) of the applicant; however, a search can also be initiated by using the name and date of birth. When querying the system by name, it is recommended to broaden the search by changing the "Name Search" value from "F or Full" to "P or Partial." The name check database will provide one of several different results in response to a query. All name check responses from the FBI with process dates on or after December 1, 2002 are valid responses. The system default is to display the most recent data. The table below is a synopsis of the specific codes that a user will see in the name check database:

### FBIQUERY System Responses

| Code | Description | Action |
|------|-------------|--------|
| NR | No Record | Proceed with the adjudication of the application. A printout of the FBI response or the faxed expedited response must be included in the case file. |

FBI Name Checks
Page 7

| | | |
|---|---|---|
| PR | Positive Response | An FBI report was sent to HQ FDNS and will be forwarded to the local office. HQ FDNS forwards the report to the office shown as the File Control Office (FCO) in CIS. Do not proceed with the adjudication until the FBI report has been reviewed by the adjudicator and a determination is made based on the content of the report. |
| IP<br>H<br>I | Pending | The FBI has not completed the background check. Except for N-400 applications[5], an interview can be conducted, but an approval cannot be rendered until a definitive response (either NR or PR) has been received from the FBI. A case may be denied or withdrawn if the office implements a post-audit system. |
| E | Error | The name check request could not be processed due to formatting or code error. Do not proceed with the adjudication until a definitive response has been received from the FBI. If the error has not been corrected in 30 days, the office should submit a manual name check using the manual spreadsheet process. |
| D/DD | Duplicate | The FBI previously processed the name check. The original response should be displayed in the name check response database either under the same A# or under the same name/DOB. If no original response can be found, the 'Duplicate' response can be used in its place. In the 'Duplicate' response, the final response information will show the date and the response on the right side of the 'FBI RESPONSE INFORMATION' section. 'FN' means final response and it will be followed by the date and a code for a No Record response (NR) or a code for a PENDING response (H or I). |
| RC | Request Cancelled | The name check request has been cancelled. |
| UN | Unknown Response | This is actually a POSITIVE response and follows |

---

[5] Refer to memoranda regarding N-400 interview without completed FBI name checks, titled Background Checks and Naturalization Interview Scheduling, dated April 25, 2006, and Background Checks and Naturalization Interview Scheduling Follow-Up Memo, dated May 22, 2006.

FBI Name Checks
Page 8

the action of "PR" above. The UN code appears because a new code was added by the FBI that is not included in the USCIS conversion tables. Therefore the system defaults to UN or Unknown. The HQ FBIQUERY system technical team has been tasked to correct the response information in the system.

| No Data Found | No Data Found | The query provided no information that a name check has been initiated. If you checked by A#, you should also search by the name/DOB. Change the "F" to a "P" in the NAME SEARCH field in the lower part of the FBI Query screen when querying by name/DOB. If, after 90 days from the data entry date of the case, or if 90 days after the name data was provided on a manual spreadsheet, the database still shows 'no data', then the case information should be submitted (or resubmitted) using the manual spreadsheet process. |

The response codes listed above are not necessarily the actual response codes returned by the FBI. The FBI uses many different response codes but for purposes of consistency and simplicity, USCIS consolidates the original FBI responses into the codes noted above. On occasion, primarily with manual Name checks and duplicate responses, the internal FBI response code will appear in the FBIQUERY database. The following codes are considered NO RECORD responses: ND, NP, and NR. The codes DS, RP, OC, and RF, are considered POSITIVE RESPONSE results and offices must wait for a report from FDNS. Additional information regarding the processes supporting positive responses is explained later in this memorandum.

*Positive Responses (PR):*

In instances where the name check produces a positive response, a report detailing the information contained in the FBI record is returned to USCIS and, ultimately, the report is forwarded to the field office or service center shown as the A-file File Control Office (FCO) in the Central Index System (CIS). Prior to June 7, 2004, the Immigration and Customs Enforcement (ICE) Law Enforcement Support Center (LESC) forwarded FBI G-325 positive responses to the field offices and service centers, but on June 7, 2004, the HQ Office of Fraud Detection and National Security (HQ FDNS) assumed that responsibility[6]. All FBI reports are sent to HQ FDNS for preliminary review before being forwarded to field offices and service centers.

---

[6] Refer to memorandum titled FDNS Processing of Positive FBI Responses to G-325 Name Checks, dated October 21, 2004

FBI Name Checks
Page 9

HQ FDNS will contact the third agencies identified by the FBI for the files referenced in the FBI's positive response record, unless the third agency is identified as a local agency in respect to the local USCIS office. Further, if FDNS determines the FBI report includes information relating to National Security, the case will be referred to the National Security Adjudication Unit.

If more than 90 days have elapsed after the posting of a "PR" result in the FBIQUERY system without a report being received, and the office is the FCO as shown in CIS, the office should contact HQ FDNS to inquire about the status of the PR record. Offices may contact Mr. Robert Kruszka at HQ FDNS via E-mail.

*Hardcopy Responses:*

Hardcopy responses are acceptable for documenting the name check results. In nearly all instances, hardcopy responses will be used for expedited checks, but hardcopy responses are not limited to expedited cases.

**Points of Contact**

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels to the attention of Greg Collett, 202-272-1023, HQ Field Operations. Local offices should work through their regional offices.

FBI Name Checks
Page 10

## ATTACHMENT A
### Frequently Asked Questions Regarding FBI Name Checks

What do I do if there is an NR and an IP/E update in the FBIQUERY system?

If multiple records appear for the same application, only one definitive response is necessary.
Adjudication may continue in those instances where a final FBI response has been received
even though additional "pending" responses remain unresolved for that name. Likewise, a
definitive response may be used with another application if final adjudication occurs within 15
months of the FBI process date. Applications can continue to be denied, dismissed,
administratively closed, withdrawn, or referred to immigration court because of reasons other
than the name check, but only if the office implements a post-audit system to monitor for the
completion of the name check[7].

At the time of final adjudication, or at time of oath for naturalization applicants, the
FBIQUERY system shall be checked again to determine if any "pending" responses have
subsequently resulted in a "PR." In instances where a "PR" is returned, adjudication shall
cease and offices are to follow the guidance provided in the memo relating to positive
responses.

If an applicant's primary name changes between the time of filing and the time of adjudication, does
the new name need to have a name check conducted prior to an approval adjudication?

No. USCIS does not need to conduct a name check on the applicant's new name.

What do I do if the DOB in the system is wrong?

For name checks initiated by automated systems (CLAIMS 3, CLAIMS 4, RAPS) and for
name checks submitted on the manual spreadsheet, the FBI searches the entire year of the
submitted date of birth. For example, if a date of birth is March 1, 1980, the FBI will do a
search for all dates in the year 1980. Therefore, if the year of the date of birth is incorrect, you
should resubmit the name via the manual spreadsheet using the correct year of the date of birth.
Stated another way, if only the month and/or the day of the date of birth are incorrect, a new
name check is not required.

For expedited name checks that are faxed to HQ and manually checked at the FBI, the FBI will
search the date of birth provided and also do a search by reversing the day and the month of the
date provided. The FBI will not search the entire birth year for these expedited checks. For
example, if an expedited name check has a date of birth of March 10, 1980, the FBI will also
search using a date of birth of October 3, 1980.

If the date of birth does not meet the above guidelines and a new name check is needed with
the corrected date of birth, you should resubmit the name using the correct date of birth on the

---

[7] Refer to memorandum titled Closing of Cases with Pending Law Enforcement Checks, dated April 5, 2004

FBI Name Checks
Page 11

manual spreadsheet or, if for an expedited name check, via fax to the HQ point of contact for expedited name checks.

What do I do if the applicant's A-number is wrong in the FBIQUERY system?

The name search is based on the name and date of birth of the applicant. If a record can be located in the name check database using a name/DOB search, the record can be used. Name checks performed with an inaccurate or missing A-number are valid and should **not** be resubmitted for a new check. See page 3 and 4 of this memo for information on how to submit an A-number correction.

What do I do if the applicant's Place of Birth is incorrect/missing?

The place of birth does not need to be displayed in the response to make the response valid. The FBI does not consider the POB in the initial query so if the initial response from the FBI is No Record, the POB was not needed. If the incorrect POB was submitted and the initial response is PENDING, a new name check is required and the manual spreadsheet process must be used.

What do I do if the applicant's name is misspelled in FBIQUERY?

Misspelled names are not required to be re-run. The FBI uses an "around the clock" name search engine combined with a phonetics search logic that takes into account misspellings, name variations, and alias names. This means that all probable variations of a name are checked to include spelling and the order of names.

Does a name check expire?

A name check response is valid indefinitely for the application for which it was conducted. In addition, a definitive name check response may be used to support other applications but, when used for another application, the response is only valid for 15 months from the FBI response date.

How do I obtain third agency information?

Prior to June 7, 2004, the Immigration and Customs Enforcement (ICE) Law Enforcement Support Center (LESC) forwarded FBI G-325 responses to the field when the name check was updated as "PR." Since June 7, 2004, the HQ Office of Fraud Detection and National Security (HQ FDNS) assumed that responsibility[*]. For additional information, refer to the October 21, 2004 memorandum issued by Don Crocetti entitled FDNS Processing of Positive FBI Responses to G-325 Name Checks.

---

[*] Refer to memorandum titled FDNS Processing of Positive FBI Responses to G-325 Name Checks, dated October 21, 2004

FBI Name Checks
Page 12

If more than 90 days have passed after the posting of a "PR" result without a report being received and the office is the FCO as shown in CIS, then the office should contact HQ FDNS to inquire about the status of the PR record. Offices may contact their regional or service center point of contact for assistance in requesting another copy of the PR report, if that is required.

A case has been listed as PENDING for several months; should I resubmit it?

No. Although some cases seem to take an inordinate amount of time to move from a PENDING response to a final response, submitting a second check will actually delay clearance. Check with your supervisor to determine if the case warrants expeditious processing.