JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMEN KIRAKOSIAN and RITA NICHIPORUK, | ) No. C 07-5440 CW<br>)<br>) |
| Plaintiffs, | ) DEFENDANTS' REPLY IN SUPPORT OF<br>) CROSS-MOTION FOR SUMMARY<br>) JUDGMENT |
| v. | ) |
| MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>DONALD NEUFELD, CSC Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigation, | )<br>) Date: March 6, 2008<br>) Time: 2:00 p.m.<br>) Courtroom: 2, 4th Floor<br>)<br>) |
| Defendants. | ) |

    Plaintiffs Armen Kirakosian and Rita Nichiporuk ("Plaintiffs") ask this Court to issue a writ of mandamus, compelling Defendants reach a decision on Plaintiffs' applications for adjustment of status. They also ask the Court to find that Defendants have violated the Administrative Procedure Act ("APA"), and to grant relief under the Declaratory Judgment Act. Plaintiffs' claims must fail. Plaintiff Kirakosian's application remains pending because his name check is not yet completed. Plaintiff Nichiporuk's name check was completed on April 26, 2005, however, as a derivative spouse, her application cannot be adjudicated until the principal application has been completed.

    On February 4th, 2008, Defendants from the Department of Homeland Security, United States Citizenship and Immigration Services (USCIS) announced a new policy, addressing cases such as

Defendants' Reply in Support of Motion for Summary Judgment
C07-5440 CW                                     1

1  Plaintiffs. (Attached as Exhibit A).

2  Under the policy, applications for adjustment of status that are otherwise approvable, but are
3  waiting for a completed name check from the Federal Bureau of Investigations (FBI), will be
4  provisionally approved. The respective service centers for USCIS are now developing a
5  methodical way to implement the policy.

6  Plaintiffs cannot show that Defendants are refusing to adjudicate their applications. Rather,
7  USCIS has implemented a nationwide policy in an attempt to reasonably process applications such
8  as Plaintiffs.

9  For the foregoing reasons, the Government respectfully asks the Court to deny Plaintiffs'
10 motion for summary judgment, dismiss Defendant Robert S. Mueller, and grant remaining
11 Defendants' motion for summary judgment as a matter of law.

12 Dated: February 21, 2008                    Respectfully submitted,

13                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
14

15                                             _____/s/_____
                                               ILA C. DEISS
16                                             Assistant United States Attorney
                                               Attorneys for Defendants