```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMEN KIRAKOSIAN and RITA NICHIPORUK, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, CIS; DONALD NEUFELD, CSC Director, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-5440 CW <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1, within 60 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C07-5440 CW                                                   1

1    The parties also request that the Court vacate the hearing on the parties' cross-motions for
2 summary judgment scheduled for March 6, 2008.
3    Each of the parties shall bear their own costs and fees.

4  Dated: March 5, 2008                                          Respectfully submitted,

5                                                                JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
6

7                                                                _____/s/_____
                                                                 ILA C. DEISS[1]
8                                                                Assistant United States Attorney
                                                                 Attorneys for Defendants
9

10 Dated: March 5, 2008                                          _____/s/_____
11                                                               CHRISTINA H. LEE
                                                                 Attorney for Plaintiffs
12

13                                         **ORDER**

14    Pursuant to stipulation, IT IS SO ORDERED.

15

16
   Date:                                                         _____
17                                                               CLAUDIA WILKEN
                                                                 United States District Judge
18

19

20

21

22

23

24

25

26  _____

27     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulation to Dismiss
C07-5440 CW                                           2