| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMEN KIRAKOSIAN and RITA NICHIPORUK, | No. C 07-5440 CW |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS AND ORDER** |
| MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, CIS; DONALD NEUFELD, CSC Director, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1, within 60 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C07-5440 CW                    1

The parties also request that the Court vacate the hearing on the parties' cross-motions for summary judgment scheduled for March 6, 2008.

The parties also request that the Court vacate the hearing on the parties' cross-motions for summary judgment scheduled for March 6, 2008.

Each of the parties shall bear their own costs and fees.

Dated: March 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 5, 2008

_____/s/_____
CHRISTINA H. LEE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/6/08

_____
CLAUDIA WILKEN
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-5440 CW                                                      2